JOHN C. TOMLINSON, Respondent, *v.* GEORGE G. MOORE, Appellant.

*Tomlinson* v. *Moore*, 184 App. Div. 936, affirmed.
(Argued January 13, 1920; decided January 27, 1920.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial

department, entered June 26, 1918, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury. Plaintiff and defendant with others were members of a syndicate. Plaintiff brought suit against defendant to compel him to account and pay over his share of the profits. The action was settled by a written agreement whereby it was agreed that plaintiff was to assign to defendant all of his interest in the syndicate profits and defendant was to pay plaintiff $50,000 in cash and give him four promissory notes for $50,000, each payable in one, two, three and four years. The notes did not bear interest but under a separate provision of the agreement it was provided that if prior to the maturity of the last note the property of the syndicate was disposed of interest at six per cent on all the notes should be paid by defendant. Plaintiff alleged that the property was so disposed of and sued for the accrued interest.

*Charles H. Tuttle, Julien T. Davies* and *Brainard Tolles* for appellant.

*D-Cady Herrick* and *Alfred C. Coxe, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, McLAUGHLIN, ANDREWS and ELKUS, JJ.